LAW OFFICES
**BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.**
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 222-6200

July 2, 2018

**Via ECF**
Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

    Re:  Stewart J Van Dunk  ("Debtor")
        Case No. 17-35741-cgm
        Chapter 13

Dear Judge Morris:

  Our office represents Selene Finance LP, as servicer for NJCC-NYS Community Restoration Fund LLC ("NJCC"), the Creditor Loss Mitigation Party.  Please allow this letter to serve as a written status report submitted on behalf of NJCC pursuant to the Southern District of New York Loss Mitigation Procedures.

  At the status conference held on June 19, 2018, the Court directed the parties to conduct a telephone conference.  Unfortunately, scheduling difficulties interfered with the planning of the telephone conference.  The parties thus consensually request that the Court adjourn the July 3, 2018 status conference so as to allow an additional opportunity for the telephone conference to be scheduled.

  If I may be of any further assistance, I may be contacted at 516-222-6200 ext. 366.

                Respectfully Submitted,

                */s/Ronald Howard*
                Ronald Howard, Esq.

cc:  Warren Greher (via ECF)
    Krista M. Preuss (via ECF)
    US Trustee (via ECF)