# LAW OFFICES
## BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 222-6200

August 9, 2018

**Via ECF**
Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

   Re: Stewart J Van Dunk ("Debtor")
     Case No. 17-35741-cgm
     Chapter 13

Dear Judge Morris:

  Our office represents Selene Finance LP, as servicer for NJCC-NYS Community Restoration Fund LLC ("NJCC"), the Creditor Loss Mitigation Party. Please allow this letter to serve as a written status report submitted on behalf of NJCC pursuant to the Southern District of New York Loss Mitigation Procedures.

  At the status conference held on June 19, 2018, upon Debtor's request, the Court directed the parties to conduct a telephone conference. Unfortunately, scheduling difficulties interfered with the planning of the telephone conference, and the status conference was adjourned to August 14, 2018.

  After a several attempts to schedule a phone conference the date for the phone conference was set for August 9, 2018. However, upon calling Mr. Greher's office, I was informed that Mr. Greher is not available for the phone conference and that the Debtor consents to termination of the loss mitigation.

  If I may be of any further assistance, I may be contacted at 516-222-6200 ext. 366.

           Respectfully Submitted,

           */s/Novica Petrovski*
           Novica Petrovski, Esq.

cc: Warren Greher (via ECF)
   Krista M. Preuss (via ECF)
   US Trustee (via ECF)