*GREHER LAW OFFICES, P.C..*
*ATTORNEYS FOR DEBTORS*
*1161 LITTLE BRITAIN ROAD, SUITE B*
*NEW WINDSOR, NEW YORK 12553*
*(845) 567-1002*
*WARREN GREHER, ESQ. (7174)*

DATE: **SEPTEMBER 25, 2018**
TIME: **9:15 A.M.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

 In Re**:**

**STEWART J VAN DUNK,**

*Debtor.*

-------------------------------------------------------------------x

*Case No. 17-35741 (CGM)*

*CHAPTER 13*

# NOTICE OF MOTION
## APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION

TO THE HON. CECILIA G. MORRIS:

PLEASE TAKE NOTICE, upon the annexed Affirmation of Warren Greher, Esq., of Greher Law Offices, P.C., the undersigned will move this Court before the Hon. Cecelia G. Morris, United States Bankruptcy Judge, 355 Main Street, Poughkeepsie, New York on the *25th* day of *September 2018* at 9:15 o'clock in the forenoon, or as soon thereafter as counsel can be heard, for final allowance of compensation and expenses to attorneys for debtor under 11 USC Section 330 and 11 USC Section 503(a) and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, shall be served upon and received by counsel or the debtor at the address indicated below and filed with the Court together with proof of such service, no later than three (3) days prior to the return date hereof.

Dated: September 5, 2018

                     __s/ WARREN GREHER_____
                     **WARREN GREHER, 7174**
                     **GREHER LAW OFFICES, P.C.**
                     *Attorneys for Debtors*
                     **1161 Little Britain Road, Suite B**
                     **New Windsor, New York 12553**
                     **(845) 567-1002**

To:

Krista M. Preuss, Trustee
399 Knollwood Road
White Plains, New York 10603
(VIA ECF)

Office of the US Trustee
74 Chapel Street
Albany, New York 12207
(VIA ECF)

DEBTOR

ALL CREDITORS

*GREHER LAW OFFICES, P.C..*
*ATTORNEY FOR DEBTORS*
*1161 LITTLE BRITAIN ROAD, SUITE B*
*NEW WINDSOR, NEW YORK  12553*
*(845) 567-1002*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

 *In Re***:**                                                      *Case No. 17-35741 (CGM)*

**STEWART J VAN DUNK,**

                                                                   ***CHAPTER 13***

                                        *Debtor.*
-------------------------------------------------------------------x

Application of Greher Law Offices, P.C., by Warren Greher, respectfully alleges as follows:

1.      Debtor filed a petition with this Court for relief pursuant to Chapter 13 of the United States Bankruptcy Code on May 3, 2017.

2.      Your applicant, as a member of Greher Law Offices, P.C., has acted on behalf of the debtor and has been responsible for representing the debtor's estate throughout the Chapter 13 proceeding before this Court.

3.      At the time of the filing of the bankruptcy petition herein, the debtor was the owner in fee simple of real estate located at **272 Gidney Avenue, Newburgh, New York 12550.**

4.      At the time of the filing, the residence was encumbered by a mortgage held by **Bank of America** in the approximate amount of **$346,000.00**.   Selene Finance, LP on behalf of secured creditor, filed a Proof of Claim as Claim No. 2 of the docket in the amount of **$430,600.88**.

5.      By filing the petition herein, the debtor, among other things, sought to reorganize his financial situation by applying to the Court's Loss Mitigation Program.

6.      In furtherance thereof and, on behalf of the debtor, a loss mitigation application was made, which request was subsequently granted by the Court.

7.      Despite the efforts of the undersigned applicant, the debtor was unsuccessful in obtaining a modification.

8.      All of the additional work performed on behalf of the debtor was for the period of time of **June 1, 2017 through August 17, 2018**.

9.      Your applicant, on behalf of the debtor, has expended an additional **14.1 hours** of work at an hourly rate of **$375.00** per hour for a total of **$5,287.50**.  There were no additional expenses.

10.      Annexed hereto and marked **Exhibit A** is a copy of my underlying retainer agreement.   Further annexed hereto and marked **Exhibit B** are copies of my time records kept contemporaneously with the services rendered herein.   Based on those time records, and at my hourly rate at that time at **$375.00** per hour, I am seeking additional compensation in the sum of **$5,287.50**.  The Court's required spreadsheet is also annexed hereto, summarizing the above, and is marked **Schedule C**.

11.      I previously received the sum of **$3,690.00** in fees.  I am currently seeking an additional **$5,287.50** which brings a total of my fees with respect to this matter to the sum of **$8,977.50**.

12.      No previous allowance has been made to your applicant for the services rendered herein.  No previous application has been made to this Court or any other Court for compensation.

13.      I have not, in any form or guise, shared, or agreed to share compensation to be received by me or any other person for services rendered in connection with this matter.

14.      There is no agreement or understanding prohibited by 18 USC Section 155.

WHEREFORE, your applicant respectfully requests the Court enter an Order under 11 USC Section 330 allowing final compensation for fees in the amount of **$8,977.50**, less the sum of **$3,690.00**, previously paid, and for such other and further relief as the Court deems just and proper.

_s/ Warren Greher_____
*WARREN GREHER*

*Affirmed:  September 5, 2018*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

In Re:

Case No. 17-35741 (CGM)

**STEWART J VAN DUNK,**

*CHAPTER 13*

Debtor.

-------------------------------------------------------------------x

# CERTIFICATION

Warren Greher, of Greher Law Offices, P.C., hereby certifies that I am an attorney familiar with this matter and charged with the responsibility of this case in compliance with the guidelines for fees and disbursements for professionals in the Southern District of New York bankruptcy cases.

1.      I have read the application; to the best of my knowledge the information in support therein complies with all of the mandatory guidelines.

2.      To the best of my knowledge based upon reasonable inquiry, the fees sought herein fall within those guidelines.

3.      The fees sought herein are in accordance with the practices customarily employed by your applicant and are generally accepted by your applicant's clients.

4.      The underlying application was served upon the Chapter 13 Trustee, Jeffrey Sapir, the United States Trustee, the Debtors herein, and all underlying creditors.

_____*s/ Warren Greher*_____
WARREN GREHER

STATE OF NEW YORK  )
COUNTY OF ORANGE   )  ss.:

I,  Amy L. Becker, being sworn, say:  I am not a party to the action, am over 18 years of age and am employed at Greher Law Offices, 1161 Little Britain Road, Suite B, New Windsor, Orange County, New York.

On **September 5, 2018**, I served the annexed **Application for Final Allowance of Compensation** by ECF, or by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person and or Presidents of the companies at the last known address set forth after the name:

**KRISTA PREUSS – TRUSTEE (VIA ECF)**

**OFFICE OF THE US TRUSTEE (VIA ECF)**

**STEWART J VAN DUNK**
**272 GIDNEY AVENUE**
**NEWBURGH NY 12550**

**BANK OF AMERICA**
**ATTN  PRESIDENT**
**201 N TRYON ST**
**CHARLOTTE NC 28202**

**ROBERTSON, ANSCHUTZ & SCHNEID PL**
**(VIA ECF)**

**BERKMAN, HENOCH, PETERSON & PEDDY**
**(VIA ECF)**

**FAY SERVICING, LLC**
**ATTN  PRESIDENT**
**3000 KELLWAY DR- STE 150**
**CARROLLTON TX 75006**

**RHINEBECK SAVINGS BANK**
**ATTN  PRESIDENT**
**2 JEFFERSON PLAZA**
**POUGHKEEPSIE NY 12601**

**SELENE FINANCE LP**
**ATTN  PRESIDENT**
**9990 RICHMOND AVE - STE 400 S**
**HOUSTON TX 77042-8500**

s/ Amy L. Becker
Amy L. Becker

*Sworn to before me on*
*September 5, 2018.*

s/Warren Greher
*Notary Public*

*Warren Greher*
*Notary Public, State of New York*
*No. 4625563*
*Qualified in Orange County*
*Commission Expires September 30, 2018*