# GREHER LAW OFFICES, P. C.

WARREN GREHER
ANDREW N. GREHER
-------------------------------
F. BRYAN PAZ

Legal Assistants
JoAnn Olson
**Amy L. Becker**
Katie Boyd

ATTORNEYS AT LAW

1161 LITTLE BRITAIN ROAD, SUITE B
NEW WINDSOR, NEW YORK 12553

*THIS OFFICE DOES NOT ACCEPT SERVICE BY FACSIMILE OR E-MAIL*

(845) 567-1002
Fax (845) 567-0025

E-mail Address: warrengreher@hvc.rr.com
www.greherlaw.com

September 7, 2018

**VIA ECF**
Attn: Linda Dubois
United States Bankruptcy Court
Chambers: Hon. Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601

      Re:    Case No. 17-35741 (CGM) – Van Dunk

Dear Linda:

Please consider this letter as an AMENDED NOTICE OF HEARING in reference to the above-captioned case and submitted per Vanessa Ashmeade's request regarding Document No. 72, Application for Final Compensation.

Kindly adjust the date of the hearing from 9/25/2018 to 10/2/2018 at 9:15 a.m.

Thank you for your continued assistance and courtesies.

                Very truly yours,
                **GREHER LAW OFFICES, P.C.**

                *s/Warren Greher*

                Warren Greher, Esq.

WG:alb
cc: Client (Via mail)
    Krista M. Preuss (Via ECF)
    Office of the U. S. Trustee (Via ECF)